IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**FILED**

DEC 1 2 2000

LARRY W. PROPES, CLERK
U. S. DISTRICT COURT

| | |
|---|---|
| Lonnie R. Boswell, ) | |
| ) | CA No. 6:00-3419-20 |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | **PRETRIAL ORDER** |
| ) | |
| Rich's Department Store, and Stevens ) | |
| and Wilkinson of South Carolina, Inc., ) | |
| ) | |
| Defendant(s). ) | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, as implemented by Local Rule 26.00, D.S.C., the following time limits are established in this case:

1. Motions to join other parties and to amend the pleadings shall be filed no later than **December 27, 2000.**

2. The names and addresses of all expert witnesses to be used at trial shall be provided by the plaintiff (or any other claiming party) to all opposing parties no later than **January 30, 2001**. The defendant (or other responding party) shall provide the names and addresses of all expert witnesses to be used at trial to all opposing parties no later than **March 2, 2001**. A party may not use at trial an expert who is named after the deadlines stated above.

3. All discovery shall be completed no later than **April 3, 2001**. Discovery shall be deemed completed within this time only if discovery is initiated at such time as to afford the responding party the full time provided under the applicable rule of the Federal Rules of Civil Procedure in which to respond prior to the discovery completion date noted in this paragraph.
**(The parties may, with the consent of all counsel, conduct discovery up to the time of trial, provided the deadlines in this order are not affected.)**

4. All other motions, except (a) those relating to the admissibility of evidence at trial and (b) those to compel discovery, shall be filed no later than **April 13, 2001**. Pursuant to Local Rule 37.01, D.S.C., all motions to compel



1

14

AO 72A
(Rev.8/82)

discovery must be filed within twenty (20) days after receipt of the discovery response to which the motion to compel is directed, or, where no such response is received, within twenty (20) days after the same was due.

5.     This case is subject to be called for trial on or after **June 1, 2001**.

**A request for a continuance of the trial date must be agreed to and signed by the party and his attorney requesting and/or consenting to the continuance.**

The court directs the parties' attention to Local Rule 7.00 which governs motion practice. Hearings on motions are not automatic. The court may decide motions without a hearing. If a party opposes a motion which has been filed, that party must file a response to the opposed motion within fifteen (15) days of the date the motion was filed. If no such response in opposition is filed, the court will assume that the party consents to the court's granting the motion.

**IT IS SO ORDERED.**

Henry M. Herlong, Jr.
United States District Judge

December 12, 2000
Greenville, South Carolina

2